No. 230. Moore *v.* Pate et al. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. D. Redmond* for petitioner. *Messrs. Marcellus Green* and *Garner W. Green* for respondents.

No. 233. Atlantic Coast Line R. Co. et al. *v.* Bell, Administratrix. October 13, 1930. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Thomas W. Davis* for petitioners. *Mr. Louis M. Shimel* for respondent.

No. 234. Barde Steel Products Corp. *v.* Burnet, Commissioner of Internal Revenue. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. W. W. Spalding* and *Roscoe C. Nelson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, John Vaughan Groner, W. Marvin Smith, Clarence M. Charest,* and *Randolph C. Shaw* for respondent.

No. 236. Maryland Casualty Co. *v.* Massey. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward B. Klewer* for petitioner. *Mr. H. D. Minor* for respondent.

No. 238. Sacramento Suburban Fruit Lands Co. *v.* Lindquist et al. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John L. McNab* for petitioner. No

appearance for respondents.

No. 243. ANAHMA REALTY CORP. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Martin Taylor* and *Nathaniel T. Guernsey* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner, W. Marvin Smith,* and *Clarence M. Charest* for respondent.

No. 244. ROBERTSON *v.* CHICAGO, ROCK ISLAND & PACIFIC RY. CO. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Frederick M. Miner* for petitioner. *Messrs. Thomas D. O'Brien, Alexander E. Horn,* and *Edward S. Stringer* for respondent.

No. 245. REICHELDERFER ET AL. *v.* AMERICAN SECURITY & TRUST CO. ET AL.; and

No. 246. SAME *v.* HEURICH. October 13, 1930. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. William W. Bride, Vernon E. West,* and *Francis H. Stephens* for petitioners. *Messrs. Frederic D. McKenney, Wilton J. Lambert, John S. Flannery, Rudolph H. Yeatman, G. Bowdoin Craighill,* and *Alexander H. Bell* for respondents. Reported below: 40 F. (2d) 813, 815.

No. 414. REICHELDERFER ET AL. *v.* DODGE. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Wil-*